# United States Court of Appeals
## For the First Circuit

No. 12-8033

CECIL BARRETT, JR., ET AL.,

Plaintiffs, Petitioners,

ANGELIQUE BASTIEN,

Plaintiff,

v.

OPTION ONE MORTGAGE CORPORATION, ET AL.,

Defendants, Respondents.

H & R BLOCK, INC., ET AL.,

Defendants.

Before

Howard, Stahl and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  February 7, 2013

    Plaintiff-Petitioners, pursuant to Fed. R. Civ. P. 23(f), seek leave from this court to appeal the district court's recent decertification of a class in a suit brought pursuant to the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691-1691f, and the Fair Housing Act, 42 U.S.C. §§ 3601-3619.  The requirements for interlocutory review of class action determinations are stringent, and, in our view, they have not been met here.  See <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant

to Rule 23(f)). Accordingly, the petition for leave to appeal is **DENIED**.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Kevin M. Costello
Wendy J. Harrison
Shennan Kavanagh
Gary Klein
Stuart T. Rossman
Samuel Howard Rudman
Kathleen Marie Guilfoyle
Elizabeth Lemond McKeen